IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06CV00006

L.G. SOURCING, INC. and LOWE'S )
HOME CENTERS, INC., )
   )
   Plaintiffs, )
   )
   ) ORDER
   v. )
   )
JAMES ELLWANGER, LLC, d/b/a )
ARFURNITURE; TEKWANI SAWMILLS )
(PTY.) LTD.; and RICOMEX )
ENTERPRISES, LTD. )
   )
   Defendants. )
_____)

**THIS MATTER** is before the Court on Plaintiffs' Unopposed Motion to Dismiss Without Prejudice. For good cause shown and with consent of Defendants, Plaintiffs' motion is **GRANTED**. All counterclaims are hereby dismissed without prejudice. It appear that no more claims remain in this matter.

**IT IS SO ORDERED.**

Signed: June 13, 2006

Graham C. Mullen
United States District Judge